# Sovereign Bank

Mail Code 10-6438-EA5
P.O. Box 12646
Reading, PA 19612-2646

**Escrow Account Disclosure Statement**
Notice of Payment Change

**Representation Of Printed Document**

12285-0004651-001-000-010-000-000

ROBIN D JOHNSON
5039 ERRINGER PL
PHILADELPHIA PA  19144-4117

LOAN NUMBER: 2096000645
DATE: SEPTEMBER 28, 2009

Customer Service: 1-800-232-5200
Hours: 9:00 a.m. to 5:00 p.m. (ET) Monday through Friday
Email us at: mortserv@sovereignbank.com

At least once every 12 months, Sovereign Bank reviews the amount of Real Estate Taxes, and Insurance paid from your escrow account. This review, called an Aggregate Escrow Analysis, determines if any of these items have increased or decreased from the previous year. If there was an increase or decrease, your payment will be adjusted.

## Mortgage Payment

**New Payment Amount:** $954.90
**New Payment Effective:** December 1, 2009

| BREAKDOWN | PRIOR ANALYSIS | NEW ANALYSIS |
|---|---|---|
| Principal/Interest | 634.65 | 634.65 |
| Escrow Payment | 264.10 | 283.35 |
| Shortage Payment | 29.71 | 36.90 |
| TOTAL PAYMENT | 928.46 | 954.90 |

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

**SHORTAGE PAYMENT OPTIONS**

1. Do not pay the escrow shortage in full, instead spread the shortage over a 12 month period, and your new payment would be: **$954.90**
2. Pay the escrow shortage of $442.85 <u>in full</u>, using the below Escrow Shortage Coupon at least 30 days prior to the effective date and your new payment would be: **$918.00**

\* If you choose to pay the escrow shortage in full you will automatically receive a new coupon book or a new billing statement.

## Projections for the Coming Year

**ANTICIPATED ESCROW DISBURSEMENT**

| | |
|---|---|
| HOMEOWNERS INS | 1,510.00 |
| CITY TAX | 1,890.21 |
| TOTAL DISBURSEMENTS | 3,400.21 |
| ESCROW PAYMENT | 283.35 |
| (TOTAL DISBURSEMENTS DIVIDED BY 12 PAYMENTS) | |

**PROJECTIONS FOR THE COMING YEAR**

| Date | Payments | Disbursements | Description | Balance | Required |
|---|---|---|---|---|---|
| | | | STARTING ESCROW BALANCE | 1,164.01 | 1,606.86 |
| DEC 09 | 283.35 | 0.00 | | 1,447.36 | 1,890.21 |
| JAN 10 | 283.35 | 0.00 | | 1,730.71 | 2,173.56 |
| FEB 10 | 283.35 | -1,890.21 | CITY TAX | 123.85 ALP | 566.70 RLP |
| MAR 10 | 283.35 | 0.00 | | 407.20 | 850.05 |
| APR 10 | 283.35 | 0.00 | | 690.55 | 1,133.40 |
| MAY 10 | 283.35 | 0.00 | | 973.90 | 1,416.75 |
| JUN 10 | 283.35 | 0.00 | | 1,257.25 | 1,700.10 |
| JUL 10 | 283.35 | 0.00 | | 1,540.60 | 1,983.45 |
| AUG 10 | 283.35 | 0.00 | | 1,823.95 | 2,266.80 |
| SEP 10 | 283.35 | 0.00 | | 2,107.30 | 2,550.15 |
| OCT 10 | 283.35 | -1,510.00 | HOMEOWNERS INS | 880.65 | 1,323.50 |
| NOV 10 | 283.35 | 0.00 | | 1,164.00 | 1,606.85 |

See reverse side for History Information.

724-2000-0807F

## Determining Your Escrow Shortage/Surplus

| | |
|---|---|
| Anticipated Low Point (ALP) | 123.85 |
| <u>Required Low Point (RLP)</u> | <u>566.70</u> |
| ESCROW SHORTAGE | -442.85 |

- Your escrow balance may contain a cushion (RLP). A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur.
- RESPA/Federal law, authorizes a maximum escrow cushion not to exceed 1/6th of the total annual anticipated escrow disbursements made during the above cycle. Private Mortgage Insurance (PMI), if any is not included in the cushion.
- If the anticipated low point calculation (ALP) is less than the required low point (RLP), you have a shortage.
- If the anticipated low point calculation (ALP) is more than the required low point (RLP), you have a surplus.
- Under RESPA/Federal law, your shortage can be spread over 12 months.
- The shortage divided by 12 payments = 36.90  *

**OPTIONAL ESCROW SHORTAGE COUPON**    PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 TO 10 DAYS FOR POSTAL DELIVERY.

Name:
ROBIN D JOHNSON

Account #
**2096000645**

AMOUNT ENCLOSED $    4 4 2 . 8 5

Shortage Amount
$442.85

SOVEREIGN BANK
PO BOX 12649
READING PA  19612-2649

- See shortage payment options above.
- This coupon must accompany your check when paying the shortage.
- We are unable to accept escrow shortage payments electronically or through a bill pay service.
- Please allow 10 days from receipt of the shortage payment to adjust your escrow payment.

### YOUR NEW PAYMENT FOR THE COMING YEAR

| BREAKDOWN | PRIOR ANALYSIS | NEW ANALYSIS |
|---|---|---|
| Principal/Interest | 634.65 | **634.65** |
| Escrow Payment | 264.10 | **283.35** |
| Shortage Payment | 29.71 | **36.90** |
| TOTAL PAYMENT | 928.46 | **954.90** |

**SHORTAGE PAYMENT OPTIONS**

1. Do not pay the escrow shortage in full, instead spread the shortage over a 12 month period, and your new payment would be: $954.90
2. Pay the escrow shortage of $442.85 <u>in full</u>, using the below Escrow Shortage Coupon at least 30 days prior to the effective date and your new payment would be: $918.00

* If you choose to pay the escrow shortage in full you will automatically receive a new coupon book or a new billing statement.

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

LOAN NUMBER:  2096000645                                                      DATE:  SEPTEMBER 28, 2009

This is a statement of your actual escrow account transactions beginning December, 2008 and ending November, 2009.  Next to the Actual Activity is the Anticipated Activity.  Anticipated Activity represents the transactions we had projected as occurring during this cycle.  By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred.  We are providing it to you for information purposes.  It does not require any action on your part.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| - Payment(s) received were less than OR greater than expected | - Tax rate and/or assessed value changed | - Premium changed |
| - Payment(s) received earlier OR later than expected | - Exemption status lost or changed | - Coverage changed |
| - Previous overage was returned to escrow | - Supplemental/Delinquent tax paid | - Additional premium paid |
| - Previous deficiency/shortage not paid entirely | - Tax bill paid earlier OR later than expected | - Insurance bill paid earlier OR later than expected |
| | - Tax installment not paid | - Premium was not paid |
| | - Tax refund received | - Premium refund received |
| | - New tax escrow requirement paid | - New insurance escrow requirement paid |
| | | - Force placed insurance premium paid |

1-800-232-5200                    Email us at:  mortserv@sovereignbank.com

| | PAYMENTS TO ESCROW | | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|---|
| MONTH | ANTICIPATED | ACTUAL | ANTICIPATED | DESCRIPTION | ACTUAL | DESCRIPTION | ANTICIPATED | ACTUAL |
| | | | | STARTING BALANCE | | | 1,626.12 | 765.78 |
| DEC | 264.10 * | 566.53 | 0.00 | | 0.00 | | 1,890.22 | 1,332.31 |
| JAN | 264.10 * | 293.81 | 0.00 | | 0.00 | | 2,154.32 | 1,626.12 |
| FEB | 264.10 * | 293.81 | 1,890.22 * | CITY TAX | 1,890.21 | CITY TAX | 528.20 TLP | 29.72 ALP |
| MAR | 264.10 * | 293.81 | 0.00 | | 0.00 | | 792.30 | 323.53 |
| APR | 264.10 * | 293.81 | 0.00 | | 0.00 | | 1,056.40 | 617.34 |
| MAY | 264.10 * | 293.81 | 0.00 | | 0.00 | | 1,320.50 | 911.15 |
| JUN | 264.10 * | 293.81 | 0.00 | | 0.00 | | 1,584.60 | 1,204.96 |
| JUL | 264.10 * | 293.81 | 0.00 | | 0.00 | | 1,848.70 | 1,498.77 |
| AUG | 264.10 * | 293.81 | 0.00 | | 0.00 | | 2,112.80 | 1,792.58 |
| SEP | 264.10 * | 293.81 | 0.00 | | 0.00 | | 2,376.90 | 2,086.39 |
| OCT | 264.10 | 0.00 E | 1,279.00 | HOMEOWNERS INS | 0.00 | | 1,362.00 | 2,086.39 |
| NOV | 264.10 | 0.00 E | 0.00 | | 0.00 | | 1,626.10 | 2,086.39 |
| **TOTAL** | **3,169.20** | **3,210.82** | **3,169.22** | | **1,890.21** | | | |

Under federal law, when your actual escrow balance reaches its lowest point, that balance is targeted not to exceed 1/6th of the annual anticipated disbursements or  $528.20.  Your loan documents or state law may specify a lower amount.

Under your mortgage contract or state or federal law, your targeted low point escrow balance (TLP) was $528.20.  Your actual low point escrow balance (ALP) was $29.72.

An asterisk (*) indicates a difference in either the amount or date.  When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.