## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin D. Johnson | CHAPTER 13 |
| Debtor(s) | CASE NO. 07-14291-SR |

Sovereign Bank
       Movant
  vs.
Robin D. Johnson
       Debtor(s)
    and
Frederick L. Reigle, Esquire
       Trustee

## CERTIFICATE OF SERVICE
## OF ARM CHANGE NOTIFICATION
## TO PARTIES IN INTEREST

I certify under penalty of perjury that I served the above entitled document(s) on the parties at the addresses specified on the attached list on **December 15, 2009**.

The type(s) of service made on the parties was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

EXECUTED ON: December 15, 2009

                /s/ Adam L. Kayes
                Adam L. Kayes, Esquire
                UDREN LAW OFFICES, P.C.
                Woodcrest Corporate Center
                111 Woodcrest Road, Suite 200
                Cherry Hill, NJ 08003-3620
                (856) 669-5400

## MATRIX OF PARTIES SERVED
## WITH ARM CHANGE NOTIFICATION

<u>Service by Electronic Notification</u>:

David M..Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Frederick L. Reigle, Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

<u>Service by First Class Mail</u>:

Robin D. Johnson
5039 Erringer Pl.
Philadelphia, PA 19144